AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

BROADCAST MUSIC, INC.; UNIVERSAL–SONGS OF POLYGRAM INTERNATIONAL, INC.; PAUL SIMON MUSIC; SONGS OF UNIVERSAL, INC.; SCREEN GEMS-EMI MUSIC, INC.; et al.

*Plaintiff(s)*

v.

L.B.K. PLAZA, LLC d/b/a AMORE BY ANDREA a/k/a AMORE RESTAURANT; and W. HOWARD ROOKS and LISA ROOKS, each individually

*Defendant(s)*

Civil Action No. 8:17-cv-580T35-AAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Rooks
246 Morningside Drive
Sarasota FL 34236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zachary D. Messa, Esq.
Johnson Pope Bokor Ruppel & Burns, LLP
911 Chestnut Street
Clearwater FL 33756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR - 9 2017

*Signature of Clerk or Deputy Clerk*